# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>                Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>                Defendant(s). | Case No. 2:18-cv-00309-GMN-NJK<br><br>ORDER<br><br>(Docket No. 8) |

Pending before the Court is a demand for security of costs, Docket No. 8, which is hereby **GRANTED** as unopposed, Local Rule 7-2(d). A cost bond shall be posted within seven days of the issuance of this order.

IT IS SO ORDERED.

DATED: April 3, 2018

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge