ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
Tel:     (702) 948-8565
Fax:     (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff* The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-14, | **CASE NO.: 2:18-CV-00309-GMN-NJK** |
|       Plaintiff, | **STIPULATION AND ORDER TO STAY CASE AND EXTEND DEADLINES PENDING DECISION ON SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS (FIRST REQUEST)** |
|   vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SIERRA RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, | |
|       Defendants. | |

Plaintiff The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14 (hereinafter "BNYM") and Defendant SFR Investments Pool 1, LLC (hereinafter "SFR") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to stay the instant matter pending a decision on SFR's Motion to Dismiss. [ECF No. 13].   Specifically, the Parties stipulate to the following:

1.  Pursuant to the Joint Discovery Plan and Scheduling Order entered on June 20, 2018 [ECF No. 23], the current dispositive motions deadline is October 11, 2018, and the current date for the filing of the joint pretrial order is no later than November 13, 2018, thirty-three (33) days after the date set for filing dispositive motions. [ECF No. 23].

2.  On April 20, 2018, SFR filed a Motion to Dismiss BNYM's Complaint pursuant to FRCP 12(b)(6) ("SFR's MTD"). [ECF No. 13].

3.  Briefing has been completed on SFR's MTD [ECF No. 13] but no decision has been made. If granted, SFR's MTD will eliminate the need for further briefing. Therefore, good cause exists to extend the remaining deadlines and stay the case until a decision is made on SFR's MTD [ECF No. 13].

4.  The parties stipulate to and respectfully request that the Court stay this case to allow sufficient time for the Court to rule on the pending SFR's MTD [ECF No. 13]. ~~Once the Court rules on SFR's MTD [ECF No. 13], if the case is not dismissed, the dispositive motions deadline will be rest for sixty (60) days after the date of the Court's Order on SFR's MTD [ECF No. 13]. The deadline to file the joint pretrial order will be extended to a date no later than 30 days after the dispositive motions deadline.~~

///
///
///
///
///
///
///
///
///
///
///
///

5. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this __2nd__ day of October, 2018.    DATED this __2nd__ day of October, 2018.

**KIM GILBERT EBRON**                        **ZIEVE, BRODNAX & STEELE, LLP**

*/s/Diana S. Ebron*_____                __*/s/ J. Stephen Dolembo*_____
DIANA S. EBRON, ESQ.                         J. STEPHEN DOLEMBO, ESQ.
Nevada Bar No. 10580                         Nevada Bar No. 9795
JACQUELINE A. GILBERT, ESQ.                  9435 West Russell Road, Suite 120
Nevada Bar No. 10593                         Las Vegas, Nevada 89140
7625 Dean Martin Drive, Suite 110            Attorneys for BNYM
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:_____October 10, 2018_____

Once the Court rules on SFR's MTD [ECF No. 13], if the case is not dismissed, the dispositive motions will be due sixty (60) days after the date of the Court's Order on SFR's MTD [ECF No. 13].

The deadline to file the joint pretrial order will be 30 days after the Court's ruling on the dispositive motions, or if no dispositive motions are filed, the joint pretrial order will be due 30 days after the dispositive motions deadline.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP and that service of the foregoing **STIPULATION AND ORDER TO STAY CASE AND EXTEND DEADLINES PENDING DECISION ON SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS (FIRST REQUEST)** was made on the ___2nd___ day of October, 2018 to all counsels identified on the CM/ECF notification system.

DIANA S. EBRON, ESQ.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Attorney for SFR Investments Pool 1, LLC


/s/ Ryan Bradford_____
An Employee of ZIEVE, BRODNAX & STEELE, LLP